

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2013

No. 04-13-00291-CV

**IN THE INTEREST OF K.M.C.** A Child,

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12490
Honorable Stephen B. Ables, Judge Presiding

## O R D E R

On May 13, 2013, the court reporter filed a notification of late record stating that the reporter's record was not filed because appellant has not requested a reporter's record, and appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record. If appellant desires a reporter's record to be filed in this appeal, he must request that a reporter's record be prepared. *See* TEX. R. APP. P. 34.6(b)(1).

Accordingly, if appellant desires a reporter's record, he is hereby ORDERED to (1) request in writing, no later than May 24, 2013, that a reporter's record be prepared and (2) designate in writing, no later than May 24, 2013, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than May 24, 2013.

It is further ORDERED that appellant provide written proof to this court no later than May 24, 2013 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

*MINUTES*

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

May 14, 2013

No. 04-13-00291-CV

**IN THE INTEREST OF K.M.C.** A Child,

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12490
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

On May 13, 2013, the court reporter filed a notification of late record stating that the reporter's record was not filed because appellant has not requested a reporter's record, and appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record. If appellant desires a reporter's record to be filed in this appeal, he must request that a reporter's record be prepared. *See* TEX. R. APP. P. 34.6(b)(1).

Accordingly, if appellant desires a reporter's record, he is hereby ORDERED to (1) request in writing, no later than May 24, 2013, that a reporter's record be prepared and (2) designate in writing, no later than May 24, 2013, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than May 24, 2013.

It is further ORDERED that appellant provide written proof to this court no later than May 24, 2013 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

/s/ Sandee Bryan Marion
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2013.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 14TH DAY OF MAY, 2013.